**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6585**

_____

MICHAEL S. PARKER,

Petitioner - Appellant,

versus

DEPARTMENT OF CORRECTIONS, Director of,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-99-875-3)

_____

Submitted: November 30, 2000        Decided: December 8, 2000

_____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael S. Parker, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Michael S. Parker seeks to appeal the magistrate judge's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).[*] We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Parker v. Director of Department of Corrections, No. CA-99-875-3 (E.D. Va. Mar. 27 & Apr. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (1994).

2